```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARKS & SOKOLOV, LLC,          :
et al.,                        :    CIVIL ACTION
                               :    NO. 21-04965
          Plaintiffs,          :
    v.                         :
                               :
MARCIE R. McMINIMEE,           :
CONSERVATOR FOR JACK           :
J. GRYNBERG, et al.,           :
                               :
          Defendants.          :
```

**O R D E R**

**AND NOW**, this **19th** day of **November, 2021**, upon upon consideration of Plaintiffs' Motion for a Preliminary Injunction, the response, and the reply thereto, and following a hearing on the record, it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum, that:

1. Plaintiffs' Motion for a Preliminary Injunction [ECF No. 6] is **DENIED**;

2. The Temporary Restraining Order issued on November 12, 2021 [ECF No. 12] will **EXPIRE** on **November 19, 2021** at **11:59 P.M.**[1]

---

[1] Plaintiffs' motion to remand this action is still pending. Once Defendants submit their response, the Court will schedule a hearing on Plaintiffs' motion.

**AND IT IS SO ORDERED.**

                                              */s/ Eduardo C. Robreno*
                                              **EDUARDO C. ROBRENO, J.**