IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKS & SOKOLOV, LLC, et al., | : |
| | : CIVIL ACTION |
| | : NO. 21-04965 |
| Plaintiffs, | : |
| v. | : |
| | : |
| MARCIE R. McMINIMEE, CONSERVATOR FOR JACK J. GRYNBERG, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this **17th** day of **March, 2022**, after considering Plaintiffs' Motion to Remand [ECF No. 24], and Defendants' Motion to Dismiss or Stay [ECF No. 33], and after a hearing on the record, for the reasons in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion to Remand [ECF No. 24] is **DENIED**;

2. Defendants' Motion to Dismiss or Stay [ECF No. 33] will be **GRANTED in part** and taken **UNDER ADVISEMENT in part** as follows:

    a. The case will be temporarily **STAYED**. As set forth in the accompanying memorandum, the parties shall inform the Court once the Colorado state court has made a ruling on the enforceability of the forum-selection clause

        contained in the Engagement Letter between Plaintiffs and Jack J. Grynberg;[1]

   b. The Court will take Defendants' Motion to Dismiss **UNDER ADVISEMENT**;

3. Defendants' Motion for Leave to file a Reply Brief [ECF No. 39] is **GRANTED**; and

4. Plaintiffs' Motion for Leave to File a Reply Brief [ECF No. 43] is **GRANTED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] The caption of the Colorado state court action is: <u>In the Interest of Jack J. Grynberg</u>, Case No. 2019PR31052, Division 204 (District Court, County of Arapahoe, Colorado, September 30, 2021).